IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  5:23-CV-00097-RWS |
| v. | § § | |
| GREGG ORR AUTO COLLECTION, INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement. Docket No. 27. Having reviewed the motion, the Court finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned cause are **STAYED** for a period of 30 days. If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update.

**So ORDERED and SIGNED this 12th day of March, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE