IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) GREGG ORR AUTO COLLECTION, INC. ) ) Defendant. ) | Civil Action No. 5:23-CV-00097-RWS |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

COME NOW the parties, Plaintiff, Equal Employment Opportunity Commission, and Defendant, Gregg Orr Auto Collection, Inc., and move this Honorable Court for approval and entry of the attached Consent Decree. In support of their Joint Motion, the EEOC and Defendant state as follows:

1. The EEOC and Defendant have negotiated the attached Consent Decree (Exhibit 1) as a resolution of the EEOC's claims in the above-captioned case.

2. The EEOC and Defendant believe that the terms of this Consent Decree are fair and equitable.

3. The EEOC and Defendant believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4. The entry of the Consent Decree will be in the best interest of the parties and those for whom the EEOC seeks relief.

1

Respectfully submitted,

Marsha L. Rucker (PA Bar No. 90041)
Regional Attorney
Email: marsha.rucker@eeoc.gov
TEL: 205-651-7045; FAX: 205-212-2105

Bryan A. Grayson (AL Bar No. ASB-8944-N65G)
Supervisory Trial Attorney
Email: bryan.grayson@eeoc.gov
TEL: 205-651-7073; FAX: 205-212-2105

Alysia D. Franklin (CA Bar No. 264410)
Senior Trial Attorney
Email: alysia.franklin@eeoc.gov
TEL: 205-651-7016; FAX: 205-212-2105

Deborah A. Mann (AL Bar No. ASB-1264-G20C)
Trial Attorney
Email: deborah.mann@eeoc.gov
TEL: 205-651-7082; FAX: 205-212-2105

U.S. Equal Employment Opportunity Commission
Birmingham District Office
1130 22$_{nd}$ Street South, Suite 2000
Birmingham, AL 35205

*/s/ Benjamin G. Cain*
Benjamin G. Cain (DC Bar No. 1046636)
Trial Attorney
Email: benjamin.g.cain@eeoc.gov
TEL: 769-487-6907; FAX: 601-714-2202

U.S. Equal Employment Opportunity Commission
Jackson Area Office
Dr. A.H. McCoy Federal Bldg.
100 W. Capital St., Suite 338
Jackson, MS 39269


**ATTORNEYS FOR PLAINTIFF,
EQUAL EMPLOYMENT OPPORTUNITY**

**AND**

2

/s/ Louise Tausch
**LOUISE TAUSCH**
Texas State Bar No. 19680600

**ATCHLEY, RUSSELL, WALDROP & HLAVINKA, L.L.P.**
1730 Galleria Oaks Drive
Texarkana, Texas 75503
TEL:  903/792-8246
FAX:  903/792-5801
Email:  ltausch@arwhlaw.com

**ATTORNEYS FOR DEFENDANT, GREGG ORR AUTO COLLECTION, INC.**

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, I filed the foregoing Joint Motion for Entry of Consent Decree with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

/s/ Benjamin G. Cain
Benjamin G. Cain

3